AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
February 29, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Cecie Rodriguez
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Defendant 1: Saray ARRELLANO<br>Defendant 2: Ricardo PUENTES<br>Defendant 3: Brandon REYES-Payan | )<br>)<br>) | EP:24-MJ-_905_ ATB |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/27/20247__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8:1324(a)(1)(A)(I), (a)(1)(A)(iii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, conceals, harbors, and shields from detection, and attempts to conceal, harbor, and shield from detection, such alien in any place, including any building or any means of transportation for the purpose of commercial advantage and private financial gain. |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jose L. Benitez-Medina, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/29/2024__

_____
*Judge's signature*

City and state: __El Paso, Texas__   Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

Complaint sworn to telephonically on __February 29, 2024__ at _1:42pm_ and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Defendant 1: Saray ARELLANO
Defendant 2: Ricardo PUENTES
Defendant 3: Brandon REYES-Payan

PEPT# PEPT240200423

02/29/2024
FACTS     (CONTINUED)

On February 27, 2024, Border Patrol Agents (BPAs) assigned to the Ysleta Border Patrol Station Anti-Smuggling Unit (ASU) received information from a foiled smuggling scheme regarding a residence located at the 600 block of Tortola Ave. in San Elizario, Texas in the Western District of Texas.

At approximately 0900 hours Border Patrol Agents, performing their official duties in a plain clothes capacity and operating unmarked government vehicles, approached the residence and initiated a consensual encounter outside of the residence with a female individual identified as ARELLANO, Saray herein after referred to as DEFENDANT 1. ASU Agents identified themselves as U.S Border Patrol Agents and presented their government issued badges and informed DEFENDANT 1 of the reason for their visit.

As agents questioned DEFENDANT 1, a second male individual later identified as PUENTES, Ricardo herein after referred to as DEFENDANT 2 approached the agents and DEFENDANT 1. ASU Agents identified themselves as Border Patrol Agents and questioned DEFENDANT 2 separately from DEENDANT 1 as to his immigration status and connection to the residence. DEFENDANT 2 stated that he was citizen of Mexico and was currently residing at the residence. DEFENDANT 2 admitted that he was in the country illegally and that other illegal aliens were present inside the home.

Agent questioned DEFENDANT 1 as to her citizenship to which she responded that she was a United States Citizen. DEFENDANT 1 stated that she was the current renter of the residence and stated that other individuals remained inside her home. Agents asked and were granted access to enter and search the residence for illegal aliens. Upon entering, an agent observed two (2) male individuals in the living room area. The agent identified himself as a Border Patrol Agent and questioned the two (2) individuals as to their immigration status. Both individuals admitted that they were citizens of Mexico illegally present in the United States.

Agents again asked and were granted consent from DEFENDANT 1 to re-enter the residence after escorting the two (2) individuals out from the home. DEFENDANT 1 advised agents that more individuals were inside other rooms of the residence. Agents asked DEFENDANT 1 if these individuals were also illegal aliens to which she replied "Yes". DEFENDANT 1 stated that the residence was divided into two subdivisions and that DEFENDANT 2 was the renter of the rear subdivision. DEFENDANT 1 admitted that both subdivisions within the residence contained illegal aliens.

Agents asked and received consent from DEFENDANT 1 and DEFENDANT 2 to enter the residence. Agents located a total of twenty-four (24) individuals in the front and rear subdivision of the residence to include REYES-Payan, Brandon, herein referred to as DEFANDANT 3. Agents identified themselves as Border Patrol Agents and determined that all twenty-four (24) individuals were illegally present in the United States.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Defendant 1: Saray ARELLANO
Defendant 2: Ricardo PUENTES
Defendant 3: Brandon REYES-Payan
PEPT# PEPT240200423

02/29/2024

FACTS   (CONTINUED)
At this time all individuals were placed under arrest and transported to the Ysleta Border Patrol Station for further questioning and processing.

DEFENDANT 1 was willing to provide a post Miranda statement. The DEFENDANT stated that she and DEFENDANT 2 entered into an agreement to house illegal aliens at her residence until the illegal aliens could be driven to Albuquerque, New Mexico. DEFENDANT 1 states that as payment DEFENDANT 2 would pay the rent give her a sum of one (1) thousand USD a week. DEFENDANT 1 stated that she would buy and provide food for the illegals being housed at her residence. DEFENDANT 1 stated she knew the individuals being housed at her residence were in the country illegally. DEFENDANT 1 admitted that many illegal aliens have been housed at her residence since entering into an agreement with DEFENDANT 2. DEFENDANT 1 stated that DEFENDNAT 2 also housed illegal aliens in the rear subdivision of the residence and that she was also in charge of feeding them. DEFENDANT 1 stated that she knew it was against the law to house individuals who are illegally present in the United States. Lastly DEFENDANT 1 admits that she let DEFENDANT 2 use her vehicle to transport illegal aliens to Albuquerque, New Mexico.

DEFENDNAT 2 was willing to provide a post Miranda statement. DEFENDANT 2 stated he entered into an agreement to house illegal aliens with an unknown smuggler. DEFENDANT 2 stated that he was to be paid one (1) thousand USD to house illegal aliens. DEFENDANT 2 stated that he has housed and fed over sixty (60) illegal aliens at his residence. DEFENDANT 2 stated that he has been housing illegal aliens for over a month and has been paid a sum of three (3) thousand dollars by DEFENDANT 3. DEFENDANT 2 admitted knowing that all the individuals he would house were in the United States illegally. DEFENDANT 2 stated that DEFENDANT 3 had dropped off some of the illegal aliens encountered at the residence on today's event. DEFENDNAT 2 admits renting the rear subdivision of the residence to allow DEFENDANT 3 to house illegal aliens.

DEFENDANT 3 was willing to provide a post Miranda statement. DEFENDANT 3 admitted to taking care and buying food for the individuals in the residence. DEFENDANT 3 admits having picked up four (4) illegal aliens on a prior occasion. DEFENDANT 3 stated that he was paid two (2) hundred USD per person he took care of.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
Defendant 1: NONE

Defendant 2: The DEFENDANT has been granted 1 voluntary return, the last on January 5, 2024, through EL PASO, TX

Defendant 3: The DEFENDANT has been granted 5 voluntary returns, the last on January 30, 2024, through EL PASO, TX

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Defendant 1:Saray ARELLANO
Defendant 2:Ricardo PUENTES
Defendant 3:Brandon REYES-Payan
PEPT# PEPT240200423

02/29/2024

FACTS    (CONTINUED)

Immigration History:


Criminal History:
Defendant 1:NONE

Defendant 2: 08/24/2020, ALAMOGORDO, NM, CRIMINAL DAMAGE TO PROPERTY(M), ACC, FAILURE TO APPEAR ON MISDEMEANOR.

Defendant 3:NONE