FILED
March 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:       DT
              Deputy

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | Case No: EP:24-CR-00609-KC |
| Plaintiff, | | **I N D I C T M E N T** |
| v. | § § § | CT 1: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i) - Conspiracy to Harbor Aliens; |
| (1) SARAY ARRELLANO, (2) RICARDO PUENTES, and (3) BRANDON REYES-PAYAN, | § § § § § | CT 2: 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(i) - Harboring Aliens for Financial Gain. |
| Defendants. | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i))

On or about February 27, 2024, in the Western District of Texas, Defendants,

**(1) SARAY ARRELLANO,
(2) RICARDO PUENTES, and
(3) BRANDON REYES-PAYAN,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown to the Grand Jury, to commit an offense against the United States, namely: knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, concealed, harbored, and shielded from detection, and attempted to conceal, harbor, and shield from detection such aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i).

**COUNT TWO**
(8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(i))

On or about February 27, 2024, in the Western District of Texas, Defendants,

**(1) SARAY ARRELLANO,
(2) RICARDO PUENTES, and
(3) BRANDON REYES-PAYAN,**

knowing and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, concealed, harbored, and shielded from detection, and attempted to conceal, harbor, and shield from detection such aliens, all done for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(i).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney